SCWC-14-0000990

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NORIKO ALVARADO,
Petitioner/Plaintiff-Appellant,

vs.

JORGE ALVARADO IVAN,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000990; FC-D NO. 13-1-0029)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Noriko Alvarado's

Application for Writ of Certiorari, filed on November 25, 2015,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 6, 2016.

Junsuke Arron Otsuka             /s/ Mark E. Recktenwald
for petitioner
                                 /s/ Paula A. Nakayama

                                 /s/ Sabrina S. McKenna

                                 /s/ Richard W. Pollack

                                 /s/ Michael D. Wilson

